IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **InnoMemory, LLC,** | Case No. 2:24-cv-00667-RWS-RSP |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Xiaomi Corporation,** | |
| Defendant. | |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER**

Pursuant to the Court's February 13, 2025 Scheduling Conference, the Parties jointly file this Motion for Entry of Docket Control Order, a copy of which is attached hereto for the Court's entry.

Dated: February 26, 2025

Respectfully submitted,

s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
773-669-4590
isaac@rabilaw.com

**Counsel for Plaintiff InnoMemory, LLC**

By: _____
Rene Trevino
State Bar No. 24051447
**GREENBERG TRAURIG, LLP**
1000 Louisiana Street, Suite 6700
Houston, Texas 77002
Telephone: 713.374.3500
Facsimile: 713.374.3505
Rene.Trevino@gtlaw.com

1

**ATTORNEY FOR DEFENDANT XIAOMI CORPORATION**

## **CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(i), the undersigned certifies that counsel for Plaintiff has met and conferred with counsel for Defendant regarding this Joint Motion for Entry of Docket Control Order, and the Parties have agreed to the requested relief and to file the motion jointly.

/s/ Isaac Rabicoff
Isaac Rabicoff

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 26, 2025, via the Court's CM/ECF system.

/s/ *Isaac Rabicoff*
Isaac Rabicoff