# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| INNOMEMORY, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> XIAOMI CORPORATION., § <br> § <br> *Defendant*. § | CASE NO. 2:24-cv-00667-RWS-RSP <br> (Lead Case) |

## ORDER

Before the Court is Defendant Xiaomi Corporation's Motion to Dismiss for Invalid Service of Process Under Rule 12(b)(5) and Lack of Personal Jurisdiction Under Rule 12(b)(2). **Dkt. No. 9.** Defendant Xiaomi has been dismissed from the case. Dkt. Nos. 29, 30. Accordingly, the Motion to Dismiss is **DENIED AS MOOT.**

SIGNED this 3rd day of August, 2025.

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE